IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BETHANY BENES JOHNSON,

    Plaintiff,

v.    Civil Action No. 3:23-cv-00059
    Albemarle Circuit Court Case No. CL23-1521-00

LOWE'S HOME CENTERS, LLC,

    Defendant.

## NOTICE OF REMOVAL

Lowe's Home Centers, LLC ("Lowe's"), by counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal on the following grounds:

1.    Plaintiff Bethany Benes Johnson filed a Complaint in Albemarle Circuit Court on October 12, 2023, against Lowe's for damages she allegedly sustained due to a breach of contract related to installation of flooring at her home. Plaintiff filed suit for damages in the amount of $510,095.20. See Complaint (Ex. A).

2.    Lowe's registered agent was served with copies of the Summons and Complaint on October 16, 2023.

3.    Lowe's timely filed an Answer to the Complaint on or about November 6, 2023 (Ex. B).

## GROUNDS FOR REMOVAL

4.    Upon information and belief, Plaintiff is a Virginia resident and is, therefore, a citizen of Virginia. See Compl. ¶ 1.

5.    Lowe's Home Centers, LLC is a North Carolina Limited Liability Company with its principal place of business in Wilkesboro, North Carolina. The sole member of Lowe's Home

Centers, LLC is Lowe's Companies, Inc., which is a North Carolina corporation with its principal place of business in North Carolina.

6. This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

7. The amount in controversy exceeds the jurisdictional requirement of $75,000.

8. This Court therefore has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and it may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

9. Pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal is filed within thirty (30) days after service of Plaintiff's Complaint.

10. Pursuant to 28 U.S.C. § 1441(a), venue of this removal action is proper in the Western District of Virginia, Charlottesville Division, because it is in the district and division embracing the place where the state court action is pending.

11. Promptly after the filing of this Notice of Removal, Lowe's will give written notice of the removal to Plaintiff, the adverse party, and will file a copy of this Notice of Removal with Albemarle Circuit Court, as required by 28 U.S.C. § 1446(d).

12. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Lowe's in the state court action have been attached hereto.

WHEREFORE, Lowe's Home Centers, LLC, by counsel, respectfully requests that this action be removed from Albemarle Circuit Court to this Court.

LOWE'S HOME CENTERS, LLC

/s/Joseph M. Moore
Joseph M. Moore (VSB No. 48591)
Attorney for Lowe's
McCandlish Holton, PC
1111 E. Main Street, Suite 2100
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 819-1174 Facsimile
joe.moore@lawmh.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Bethany Benes, Esq. (VSB No. 85408)
Bethune Benes, PLLC
3 Boars Head Lane, Suite A-2
Charlottesville, VA 22902
(703) 260-9325
bbenes@bethunebenes.com
*Attorney for Plaintiff*

And I hereby certify that on this 7th day of November, 2023, I caused a true copy of the foregoing to be sent via U.S. mail to:

Hon. Jon R. Zug, Clerk
Albemarle Circuit Court
Albemarle County Courthouse
Court Square
501 E. Jefferson St.
Charlottesville, VA 22902-5110

/s/Joseph M. Moore
Joseph M. Moore (VSB No. 48591)
Attorney for Lowe's
McCandlish Holton, PC
1111 E. Main Street, Suite 2100
P.O. Box 796
Richmond, VA 23218
(804) 775-3100 Telephone
(804) 819-1174 Facsimile
joe.moore@lawmh.com