IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BETHANY BENES JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:23-cv-59 |
| **LOWE'S HOME CENTERS, LLC,** | ) By: Hon. Robert S. Ballou |
| | ) United States District Judge |
| **Defendant.** | ) |

### ORDER OF DISMISSAL

On February 20, 2024, the parties jointly filed a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the parties' joint stipulation and their confidential settlement, I hereby **DISMISS** this case **WITH PREJUDICE**, and strike it from the active docket of the court.

It is so **ORDERED**.

Entered: March 2, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge